UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**CAH ACQUISITION COMPANY #1, LLC**<br>**d/b/a WASHINGTON COUNTY HOSPITAL,**<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 11 |
| **THOMAS W. WALDREP, JR., AS**<br>**LIQUIDATING TRUSTEE,**<br><br>Plaintiff,<br><br>v.<br><br>**REBOOT, INC. d/b/a HIPAA GUARD;**<br>**RURAL LAB OUTREACH, LLC; and**<br>**MICHAEL REECE,**<br><br>Defendants. | Adv. Proc. No. 22-00101-5-JNC |
| In re:<br><br>**CAH ACQUISITION COMPANY #2, LLC**<br>**d/b/a OSWEGO COMMUNITY HOSPITAL,**<br><br>Debtor. | Case No. 19-01230-5-JNC<br><br>Chapter 11 |
| **THOMAS W. WALDREP, JR., AS**<br>**LIQUIDATING TRUSTEE,**<br><br>Plaintiff,<br><br>v.<br><br>**REBOOT, INC. d/b/a HIPAA GUARD;**<br>**RURAL LAB OUTREACH, LLC; and**<br>**MICHAEL REECE,**<br><br>Defendants. | Adv. Proc. No. 22-00102-5-JNC |

| | |
|---|---|
| In re:<br><br>CAH ACQUISITION COMPANY #3, LLC<br>d/b/a HORTON COMMUNITY HOSPITAL,<br><br>      Debtor. | Case No. 19-01180-5-JNC<br><br>Chapter 11 |
| THOMAS W. WALDREP, JR., AS<br>LIQUIDATING TRUSTEE,<br><br>      Plaintiff,<br><br>   v.<br><br>REBOOT, INC. d/b/a HIPAA GUARD;<br>RURAL LAB OUTREACH, LLC; and<br>MICHAEL REECE,<br><br>      Defendants. | Adv. Proc. No. 22-00103-5-JNC |
| In re:<br><br>CAH ACQUISITION COMPANY 6, LLC<br>d/b/a I-70 COMMUNITY HOSPITAL,<br><br>      Debtor. | Case No. 19-01300-5-JNC<br><br>Chapter 7 |
| THOMAS W. WALDREP, JR., AS<br>CHAPTER 7 TRUSTEE,<br><br>      Plaintiff,<br><br>   v.<br><br>REBOOT, INC. d/b/a HIPAA GUARD;<br>RURAL LAB OUTREACH, LLC; and<br>MICHAEL REECE,<br><br>      Defendants. | Adv. Proc. No. 22-00104-5-JNC |

2

| | |
|---|---|
| In re:<br><br>CAH ACQUISITION COMPANY 7, LLC<br>d/b/a PRAGUE COMMUNITY HOSPITAL,<br><br>       Debtor. | Case No. 19-01298-5-JNC<br><br>Chapter 11 |
| THOMAS W. WALDREP, JR., AS<br>LIQUIDATING TRUSTEE,<br><br>       Plaintiff,<br><br>   v.<br><br>REBOOT, INC. d/b/a HIPAA GUARD;<br>RURAL LAB OUTREACH, LLC; and<br>MICHAEL REECE,<br><br>       Defendants. | Adv. Proc. No. 22-00105-5-JNC |
| In re:<br><br>CAH ACQUISITION COMPANY 12, LLC<br>d/b/a FAIRFAX COMMUNITY HOSPITAL,<br><br>       Debtor. | Case No. 19-01697-5-JNC<br><br>Chapter 11 |
| THOMAS W. WALDREP, JR., AS<br>LIQUIDATING TRUSTEE,<br><br>       Plaintiff,<br><br>   v.<br><br>REBOOT, INC. d/b/a HIPAA GUARD;<br>RURAL LAB OUTREACH, LLC; and<br>MICHAEL REECE,<br><br>       Defendants. | Adv. Proc. No. 22-00106-5-JNC |

3

| | |
|---|---|
| In re:<br><br>**CAH ACQUISITION COMPANY 16, LLC** d/b/a **HASKELL COUNTY COMMUNITY HOSPITAL,**<br><br>           **Debtor.** | )<br>)  **Case No. 19-01227-5-JNC**<br>)<br>)  **Chapter 11**<br>)<br>)<br>)<br>) |
| **THOMAS W. WALDREP, JR., AS LIQUIDATING TRUSTEE,**<br><br>           **Plaintiff,**<br><br>           v.<br><br>**REBOOT, INC. d/b/a HIPAA GUARD; RURAL LAB OUTREACH, LLC; and MICHAEL REECE,**<br><br>           **Defendants.** | )<br>)<br>)<br>)  **Adv. Proc. No. 22-00107-5-JNC**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

NOW COMES, Thomas W. Waldrep, Jr., Plaintiff in the above captioned actions, by and through the undersigned counsel, and hereby moves the Court for an order striking, pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 12(f) of the Federal Rules of Civil Procedure (the "Civil Rules"), the "affirmative defenses" component of the *Answer, Affirmative Defenses, Motion to Dismiss and Supporting Law* (the "Responsive Pleading") filed on July 27, 2022 by defendants Reboot, Inc., d/b/a HIPAA GUARD ("Reboot"); Rural Lab Outreach, LLC ("RLO"); and Michael Reece ("Reece," altogether with Reboot and RLO, the "Defendants") in the above-captioned adversary proceedings for asserting insufficient, redundant, and immaterial defenses that are not cognizable affirmative defenses. Plaintiff is filing a memorandum of law in support of this motion concurrently herewith.

NOW, THEREFORE, Plaintiff respectfully requests that the Court strike the "affirmative defenses" component of Defendants' Responsive Pleading.

Respectfully submitted, this the 17th day of August, 2022.

/s/ Micah E. Marcus
Micah E. Marcus (IL State Bar No. 6257569)
Christopher Allen (IL State Bar No. 6298965)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
mmarcus@mcdonaldhopkins.com
callen@mcdonaldhopkins.com

-and-

/s/ Thomas W. Waldrep, Jr.
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James D. Wall (NC State Bar No. 17947)
J. Dennis Bailey (NC Bar No. 12847)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
John R. Van Swearingen (NC State Bar No. 53646)
WALDREP WALL BABCOCK & BAILEY PLLC
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-722-6300
Telefax: 336-722-1993
Email: notice@waldrepwall.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing **MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** was filed electronically in accordance with the Local Rules and served on this date upon the parties listed below by electronic service through the CM/ECF system or by United States First Class Mail.

<u>Via CM/ECF</u>

Eric J. Langston

*Counsel for defendants Reboot, Inc. d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece*

Jill Walters

*Counsel for defendants Reboot, Inc. d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece*

This, the 17th day of August, 2022.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

<u>*/s/ Thomas W. Waldrep, Jr.*</u>
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James D. Wall (NC State Bar No. 17947)
J. Dennis Bailey (NC Bar No. 12847)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
John R. Van Swearingen (NC State Bar No. 53646)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-722-6300
Telefax: 336-722-1993
Email: notice@waldrepwall.com

*Attorneys for the Plaintiff*