**SO ORDERED.**

**SIGNED this 27 day of September, 2022.**



_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

In re:

CAH ACQUISITION COMPANY #1, LLC,
d/b/a WASHINGTON COUNTY
COMMUNITY HOSPITAL,

    Debtor.

Case No. 19-00730-5-JNC
Chapter 11

---

Thomas W. Waldrep, Jr., as Liquidating Trustee,

    Plaintiff,

    v.

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

    Defendants.

Adv. Pro. No. 22-00101-5-JNC

---

In re:

CAH ACQUISITION COMPANY #2, LLC,
d/b/a OSWEGO COMMUNITY HOSPITAL,

    Debtor.

Case No. 19-01230-5-JNC
Chapter 11

Thomas W. Waldrep, Jr., as Liquidating Trustee,

    Plaintiff,

      v.                                            Adv. Pro. No. 22-00102-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

    Defendants.

---

In re:

    CAH ACQUISITION COMPANY #3, LLC,      Case No. 19-01180-5-JNC
    d/b/a HORTON COMMUNITY HOSPITAL,            Chapter 11

---

Thomas W. Waldrep, Jr., as Liquidating Trustee,

    Plaintiff,

      v.                                            Adv. Pro. No. 22-00103-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

    Defendants.

---

In re:

    CAH ACQUISITION COMPANY 6, LLC,       Case No. 19-01300-5-JNC
    d/b/a I-70 COMMUNITY HOSPITAL,             Chapter 7

---

Thomas W. Waldrep, Jr., as Chapter 7 Trustee,

    Plaintiff,

      v.                                            Adv. Pro. No. 22-00104-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

2

Defendants.

_____

In re:

CAH ACQUISITION COMPANY 7, LLC,                    Case No. 19-01298-5-JNC
d/b/a PRAGUE COMMUNITY HOSPITAL,                       Chapter 11

_____

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

    v.                                              Adv. Pro. No. 22-00105-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

   Defendants.

_____

In re:

CAH ACQUISITION COMPANY 12, LLC,                   Case No. 19-01697-5-JNC
d/b/a FAIRFAX COMMUNITY HOSPITAL,                      Chapter 11

_____

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

    v.                                              Adv. Pro. No. 22-00106-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

   Defendants.

_____

In re:

CAH ACQUISITION COMPANY 16, LLC,                   Case No. 19-01227-5-JNC
d/b/a HASKELL COUNTY COMMUNITY

3

HOSPITAL,                                                    Chapter 11

_____

Thomas W. Waldrep, Jr., as Liquidating Trustee,
   Plaintiff,

     v.                                                    Adv. Pro. No. 22-00107-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

   Defendants.

_____

## <u>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE</u>

The matters before the court are the virtually identical motions to strike affirmative defenses (*see, e.g.*, Dkt. 15 in AP case 22-00101) as contained in defendants' answers, accompanied by a memorandum in support of the motions to strike (*see, e.g.*, Dkt. 16 in AP case 22-00101) (collectively, the "Motion to Strike") filed August 17, 2022, in each of the above-captioned and related adversary proceedings by counsel for plaintiff Thomas W. Waldrep, Jr., as Liquidating Trustee (the "Trustee") in the chapter 11 cases identified and listed in the combined captions above (except as chapter 7 trustee in Case No. 19-01300). Responses in opposition to the Motion to Strike were filed in each of the related adversary proceedings (*see, e.g.*, Dkt. 21 in AP case 22-00101) on September 7, 2022, by counsel for defendants Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece (collectively, the "Defendants").

A hearing on the Motion to Strike was held on September 27, 2022, in Greenville, North Carolina. Attorneys John R. Van Swearingen and Jennifer B. Lyday appeared on behalf of and argued for the Trustee, and attorneys Eric Jay Langston and James S. Livermon, III, appeared on behalf of and argued for the Defendants.

For the reasons stated by the court on the record at the conclusion of the hearing, the Motion to Strike is DENIED in each adversary proceeding listed in the combined captions above.

### END OF DOCUMENT

4