**SO ORDERED.**

**SIGNED this 31 day of August, 2023.**



_____
Joseph N. Callaway
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

In re:

| | |
|---|---|
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY COMMUNITY HOSPITAL, | Case No. 19-00730-5-JNC<br>Chapter 11 |
| Debtor. | |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

  Plaintiff,

  v.                                                                 Adv. Pro. No. 22-00101-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

  Defendants.

In re:

| | |
|---|---|
| CAH ACQUISITION COMPANY #2, LLC, d/b/a OSWEGO COMMUNITY HOSPITAL, | Case No. 19-01230-5-JNC<br>Chapter 11 |
| Debtor. | |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

     v.                                             Adv. Pro. No. 22-00102-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

   CAH ACQUISITION COMPANY #3, LLC,          Case No. 19-01180-5-JNC
   d/b/a HORTON COMMUNITY HOSPITAL,                Chapter 11

Thomas W. Waldrep, Jr., as Liquidating Trustee,

   Plaintiff,

     v.                                             Adv. Pro. No. 22-00103-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

   CAH ACQUISITION COMPANY 6, LLC,            Case No. 19-01300-5-JNC
   d/b/a I-70 COMMUNITY HOSPITAL,                      Chapter 7

Thomas W. Waldrep, Jr., as Chapter 7 Trustee,

   Plaintiff,
     v.                                           Adv. Pro. No. 22-00104-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

   Defendants.

In re:

| CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL, | Case No. 19-01298-5-JNC  Chapter 11 |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

  Plaintiff,

   v.                                                                                      Adv. Pro. No. 22-00105-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

  Defendants.

In re:

| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL, | Case No. 19-01697-5-JNC  Chapter 11 |

Thomas W. Waldrep, Jr., as Liquidating Trustee,

  Plaintiff,

   v.                                                                                      Adv. Pro. No. 22-00106-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab Outreach, LLC; and Michael Reece,

  Defendants.

In re:

| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | Case No. 19-01227-5-JNC  Chapter 11 |

Thomas W. Waldrep, Jr., as Liquidating Trustee,
  Plaintiff,

3

v.                                                                          Adv. Pro. No. 22-00107-5-JNC

Reboot, Inc., d/b/a HIPAA GUARD; Rural Lab
Outreach, LLC; and Michael Reece,

    Defendants.

### ORDER AMENDING PRETRIAL SCHEDULING ORDER

In the above-captioned related adversary proceedings, Plaintiff Thomas W. Waldrep, Jr., as Trustee ("Plaintiff") filed a Motion to Amend Pretrial Scheduling Order filed in each case with suggested dates extending case hearings and deadlines (Dkt. 42, the "Motion").

For good cause shown, the Motion is allowed. Therefore, it is hereby **ORDERED** that the following adjustments and extensions be made to the Pretrial Scheduling Orders in each of the related adversary proceedings:

**Discovery Deadline:** All discovery should be completed by **December 22, 2023.**

**Mediation**: Pursuant to E.D.N.C. LBR 9019-2, the parties **are directed** to proceed with the mediation process. Respective counsel must meet and confer, and then file a joint initial mediation report in these adversary proceedings by **October 2, 2023**, identifying an agreed mediator, applicable compensation, and the division of responsibility for the same. If the parties are unable to agree and no mediator is chosen by the consent deadline, a joint report should still be timely filed and so indicate, in which event the court will appoint a mediator and set compensation.

**Dispositive Motions**: The deadline for filing dispositive motions is extended to **January 31, 2024**. Responses are due twenty-one (21) days from the date of filing of such motion. After the time for response has run, the court will determine whether to set a hearing or rule on the documents filed.

**Pretrial Order and Motions in Limine:** The joint final pretrial order, any motions in limine, other document evidentiary objections, and all other known for trial motions are due and must be filed by **April 16, 2024.**

**Final Pretrial Conference:** The final pretrial conference will be held **in person** on and at:

**DATE**: **Tuesday, April 23, 2024**
**TIME**: **2:00 P.M.**
**PLACE**: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Counsel must be fully prepared to present all information and argument necessary for determination of documentary evidence objections and completion of the final pretrial conference.

**Trial:** The trial of the related adversary proceedings as listed above will be held jointly and concurrently, and are scheduled together on and at:

**DATE**: **Tuesday, May 7, 2024**
**TIME**: **10:00 A.M.**
**PLACE**: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Two consecutive days are set aside for the trial of this matter. All times listed above relate to then-prevailing eastern time. Use of "by" a stated date incudes the close of business of that date. All other aspects and deadlines of the scheduling order entered April 21, 2023, remain in full force and effect.

END OF DOCUMENT